| PROB 22 (Rev. 01/24) | DOCKET NUMBER (Transferring Court) 0978 2:18-CR-00359-1 |
|---|---|
| # TRANSFER OF JUSRISDICTION | DOCKET NUMBER (Receiving Court) 3:25-cr-13-MPB-CSW |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT District Of Nevada | DIVISION |
|---|---|---|
| Derek Craig-Beeny Evansville, IN 47711 | NAME OF SENTENCING JUDGE The Honorable James C. Mahan U.S. District Court Senior Judge | |
| **FILED** 04/03/2025 U.S. DISTRICT COURT SOUTHERN DISTRICT OF INDIANA Kristine L. Seufert, Clerk | DATES OF PROBATION/SUPERVISED RELEASE | FROM 09/03/2024 | TO 09/02/2027 |

OFFENSE

18:1951.F  Class C Felony INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE
18:2113A.F  Class C Felony BANK ROBBERY BY FORCE OR VIOLENCE

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Offender has prosocial ties to the community and has no plans of moving out of the district during the course of his supervision.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

*United States District Court for the District of Nevada*

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Indiana upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

March 31, 2025
Date

*[signature]* James C. Mahan
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

*United States District Court for the Southern District of Indiana*

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

04/04/2025
Date

*[signature]* Matthew P. Brookman
United States District Judge